

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00102-CR

| | | |
|---|---|---|
| Paul Leone | § | From the 30th District Court |
| | § | of Wichita County (47,586-A) |
| v. | § | March 6, 2014 |
| | § | Opinion by Justice Gabriel |
| | § | Dissent by Justice Dauphinot |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _____/s/ Lee Gabriel_____
Justice Lee Gabriel